FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:24-MJ-00288 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING |
| MICHAEL ANTHONY FELIX, | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for failure to appear at an initial appearance on an alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

1

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on allegations of Defendant's failure to appear and absconding for approximately two years.

IT THEREFORE IS ORDERED that the defendant be detained pending the preliminary hearing and/or final revocation proceedings in the charging district.

Dated: 7/8/24

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge